#05-19737
JONES

# JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**  112
1-2/210
17858

| Case | Debtor | |
|---|---|---|
| 05-19737 B | JONES, ORLANDO RENE | TXID #380290 |
| 312077762866 | JONES, JANICE GUTIERREZ | MICHAEL CHIASSON |
| | | P.O. BOX 1666 |
| | | MANDEVILLE LA 70470 |

Date  10/08/2007    $ *******2,107.01

~~~Two Thousand One Hundred Seven Dollars and 01/100

Pay to the Order of:
U.S. BANKRUPTCY COURT
500 POYDRAS STREET
SUITE B-601
NEW ORLEANS LA 70130-0000

MICHAEL CHIASSON

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆000000112⑆ ⑉021000021⑉ 312077762866⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 222883    - KW
* * C O P Y * *
October 11, 2007
    11:57:13

TREASURY REGFUND
    05-19737
Debtor.: ORLANDO RENE JONES
Trustee: Michael Chiasson
Amount.:        $2,107.01 CH
Check#.: 112

Total-> $2,107.01

FROM: CHIASSON

$ 2107 01
Deposited to
Treasury 6047BK
on 10/11/07

Michael Chiasson, Panel Trustee  
United States Bankruptcy Court  
Post Office Box 1666  
Mandeville, La. 70470

(985) 674-9848

October 8, 2007

Financial Administrator  
United States Bankruptcy Court  
500 Poydras Street, Suite B - 601  
New Orleans, La. 70130

Re:  Case No.:     05-19737  
                   Section B  
     Case Name:    JONES, ORLANDO RENE JONES, JANICE GUTIERREZ

Dear Sir/Madam:

Pursuant to Rule 3011, Rules of Bankruptcy Procedure, I am transmitting to you, for deposit to the registry of the court, my check on this estate's bank account, which represents amounts due to the creditor(s) listed:

| | |
|---|---|
| ADVANCE AMERICA<br>3663 HIGHWAY 190<br>MANDEVILLE, LA. 70471 | $22.66 |
| CLECO<br>2030 DONAHUE FERRY ROAD<br>PINEVILLE, LA. 71360 | $22.08 |
| ORLANDO RENE JONES<br>P. O. BOX 301<br>LaCOMBE, LA. 70445 | $2,062.27 |
| **TOTAL** | $2,107.01 |

My check is being sent to you because I issued a check for the same amount, and the same payee listed above, and the check(s) remain unpaid 90 days since the time of issuance.

Sincerely;

Michael Chiasson, Trustee.